# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1020**
**CA 11-02536**
PRESENT: SCUDDER, P.J., SMITH, LINDLEY, AND MARTOCHE, JJ.

JOHN MAZZARELLA, INDIVIDUALLY AND AS FATHER OF
FOUR MINOR CHILDREN OF AGES 5, 7, 9, AND 11,
PLAINTIFF-APPELLANT,

                    V                                MEMORANDUM AND ORDER

SYRACUSE DIOCESE, BISHOP JAMES M. MOYNIHAN,
BISHOP THOMAS J. COSTELLO AND FR. JOHN W.
BRODERICK, DEFENDANTS-RESPONDENTS.
(APPEAL NO. 3.)

JEFF ANDERSON & ASSOCIATES PA, ST. PAUL, MINNESOTA, THE ABBATOY LAW
FIRM, PLLC, ROCHESTER (DAVID M. ABBATOY, JR., OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

HANCOCK ESTABROOK, LLP, SYRACUSE (MAUREEN E. MANEY OF COUNSEL), FOR
DEFENDANTS-RESPONDENTS SYRACUSE DIOCESE, BISHOP JAMES M. MOYNIHAN AND
BISHOP THOMAS J. COSTELLO.

---------------------------------------------------------------------------------------------------------

        Appeal from an order of the Supreme Court, Onondaga County (Brian
F. DeJoseph, J.), entered July 18, 2011.  The order directed the
disclosure to plaintiff of certain documents after an in camera
review.

        It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

        Same Memorandum as in *Mazzarella v Syracuse Diocese* ([appeal No.
2] ___ AD3d ___ [Nov. 9, 2012]).

Entered:  November 9, 2012                          Frances E. Cafarell
                                                    Clerk of the Court